### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

SUNTRUST BANK,

                Plaintiff,

-vs-                                                  Case No.  2:10-cv-370-FtM-36SPC

ELIZABETH R. TURNER, also known as Elizabeth
Ryan Turner, also as known as Elizabeth Turner,

                Defendant.
_____/

## ORDER

      This matter comes before the Court on Plaintiff's Motion for Entry of Clerk's Default Against Defendant (Doc. #8) filed on August 4, 2010.  Defendant Elizabeth R. Turner was served with the Complaint and Summons in this case by substituted service on her husband at her home on July 1, 2010.  The Defendant has not filed an Answer or other responsive pleading within 21 days as required by Fed. R. Civ. P. 12.  Thus, Plaintiff is moving for entry of clerk's default against Defendant as provided by Fed. R. Civ. P. 55(a).

      The entry of a default is appropriate "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).  Before a clerk's default can be issued against the party the serving party must establish that defaulting party was properly served. Kelly v. Florida, 2007 WL 295419 *2 (11th Cir. Jan. 31, 2007).

      On July 1, 2010, service was effectuated upon Claude Turner, Defendant's spouse. According to the Affidavit of Service (Doc. #7), service was personally made at Defendant's

residence. To date, Defendant has failed to file a responsive pleading, either *pro se* or through retained Counsel. Therefore, the entry of Clerk's default is appropriate.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Entry of Clerk's Default Against Defendant (Doc. #8) is **GRANTED**. The Clerk is directed to enter Clerk's default against the Defendant Elizabeth R. Turner.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record